IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| CARLOS ISMAEL SANCHEZ GRANDEZ, § § *Petitioner,* § § VS. § § WARDEN, IAH Secure Adult Detention § Center; U.S. DEPARTMENT OF § HOMELAND SECURITY; and § U.S. IMMIGRATION AND CUSTOMS § ENFORCEMENT, § § *Respondents.* § | CIVIL ACTION NO. 9:26-CV-00161 JUDGE MICHAEL J. TRUNCALE |

## ORDER REGARDING ADMISSION

On February 19, 2026, Petitioner filed his Petition for Writ of Habeas Corpus in the Southern District of Texas, Houston Division. [Dkt. 1]. On February 27, 2026, this matter was transferred to the Eastern District of Texas, Lufkin Division. [Dkt. 7]. At the time of transfer, counsel for the Government, Lisa Luz Parker, was not admitted to practice in the Eastern District of Texas. On March 2, 2026, the Clerk contacted Ms. Parker with instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that Lisa Luz Parker take the necessary steps to appear on behalf of the Government either by becoming admitted to practice in the Eastern District of Texas or by appearing Pro Hac Vice in this matter on or before **March 16, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Ms. Parker via Email at lisa.luz.parker@usdoj.gov.

**SIGNED this 2nd day of March, 2026.**

_____
Michael J. Truncale
United States District Judge